# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

Slobodanka Marjanovic
*Plaintiff(s)*

v.

Lincoln Life Assurance Company of Boston
*Defendant(s)*

Civil Action No. 21-CV-1299

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LINCOLN LIFE ASSURANCE COMPANY OF BOSTON
PO Box 2578
Omaha, NE 68172-9688

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you receive it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

William E. Parsons and Naomi R. Swain
Hawks Quindel, S.C.
P.O. Box 2155
Madison, WI 53703-2155

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*GINA M. COLLETTI, CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

Civil Action No. 21-CV-1299

## PROOF OF SERVICE

**(*This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l)*)**

This summons and the attached complaint for *(name of individual and title, if any)*: ____________________

were received by me on *(date)* ________________ .

☐ I personally served the summons and the attached complaint on the individual at *(place)*: ____________________ on *(date)* ____________ ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with *(name)* ____________________, a person of suitable age and discretion who resides there, on *(date)* ____________, and mailed a copy to the individual's last known address; or

☐ I served the summons and the attached complaint on *(name of individual)* ________________ who is designated by law to accept service of process on behalf of *(name of organization)* ________________ on *(date)* ____________ ; or

☐ I returned the summons unexecuted because ____________________ ; or

☐ Other *(specify)*: ____________________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: ________________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc.:



Print Save As... Reset