UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

**SLOBODANKA MARJANOVIC,**
6201 S 106th St
Hales Corner, WI 53130

Plaintiff,

Case No. 21-cv-1299

vs.

**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON**
PO Box 2578
Omaha, NE 68172-9688

Defendant.

---

## CIVIL L.R. 7.1 DISCLOSURE STATEMENT

---

The undersigned, counsel of record for Plaintiff, Slobodanka Marjanovic, furnishes the following list in compliance with Civil L.R. 7.1 and Fed. R. Civ. P. 7.1:

1. The Paintiff's full name is Slobodanka Marjanovic.

2. Not applicable.

3. No other person presently serves as counsel for Plaintiff in this matter.

Dated: November 12, 2021.

HAWKS QUINDEL, S.C.
*Attorneys for Plaintiff, Slobodanka Marjanovic*

By: *[/s/ William E. Parsons]*
William E. Parsons, State Bar No. 1048594
Email: wparsons@hq-law.com
Naomi R. Smith, State Bar No. 1115655
Email: nsmith@hq-law.com
409 East Main Street
Madison, Wisconsin 53703
Telephone: 608/257-0040
Facsimile: 608/256-0236