UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

SLOBODANKA MARJANOVIC,

Plaintiff,

Case No. 21-cv-1299-pp

v.

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,

Defendant.

---

**SCHEDULING ORDER**

---

The court has reviewed the joint Rule 26(f) plan, and finds the parties' proposed plan acceptable. The court will adopt the parties' proposed schedule in this order.

The court strongly encourages parties to begin considering settlement early in the case. There are five magistrate judges in the Eastern District—three active and two recalled—all of whom are experienced mediators and who are willing and able to conduct a mediation via videoconference. If the parties decide at any point that they would like to utilize a magistrate judge to facilitate mediation, they may request the appointment of a mediator by either calling chambers—with all parties on the line—or by filing a joint motion or stipulation. The court will refer the case to a magistrate judge as soon as possible after receiving such a request.

Parties who need a protective order shall use the boilerplate order template located in the appendix to the Eastern District's local rules, available at www.wied.uscourts.gov/local-rules-and-orders. If there is some reason the parties cannot use the boilerplate order or must deviate from the order, they must inform the court in their motion for protective order. The court will not sign protective orders that contain provisions that purport to bind the court to place documents under seal. Seventh Circuit law requires the parties to file a separate motion to seal, and to state cause; it is not sufficient for the parties to state as cause that they have agreed that a document should be sealed because of an agreed protective order.

The court encourages parties to visit the court's home page on the Eastern District web site—www.wied.uscourts.gov/judge/pamela-pepper—for practice tips.

In accordance with the parties' Rule 26(f) plan, the court **ORDERS** the following:

The parties shall complete all discovery no later than the end of the day on **March 31, 2022**.

The stipulated administrative record shall be filed no later than the end of the day on **April 14, 2022**.

Cross motions for summary judgment must be filed by the end of the day on **May 12, 2022**. Response briefs shallbe filed by the end of the day on **June 9, 2022**. The parties shall file a joint status report by May 12, 2022 if they choose not to file summary judgment motions.

The court will not set dates for the final pretrial conference or the trial until dispositive motions have been decided.

The court **ORDERS** that when any party files proposed findings of fact, the party shall e-mail a Word version of those proposed findings to PepperPO@wied.uscourts.gov.

Dated in Milwaukee, Wisconsin this 27th day of December, 2021.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**Chief United States District Judge**