**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

**SLOBODANKA MARJANOVIC,**

**Plaintiff,**

**CIVIL ACTION NO. 2:21-CV-01299-PP**

**V.**

**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON**

**Defendant.**

---

**NOTICE OF SETTLEMENT**

---

Plaintiff Slobodanka Marjanovic and Defendant Lincoln Life Assurance Company of Boston submit this Notice to advise the Court that the Parties have settled all matters in dispute in this action. The Parties anticipate filing closing papers with the Court within the next 30 days.

Dated this 6th day of April 2022.


**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

*/s/ Iwana Rademaekers*
Iwana Rademaekers (Texas State Bar No. 16452560)
iwana@rademaekerslaw.com
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456

**COUNSEL FOR DEFENDANT**

- AND -

**HAWKS QUINDEL, S.C.**

*/s/ William E. Parsons*
William E. Parsons, State Bar No. 1048594
Email: wparsons@hq-law.com
Naomi R. Swain, State Bar No. 1115655
Email: nswain@hq-law.com
409 East Main Street
Madison, Wisconsin 53701-2155
Telephone: 608/257-0040
Facsimile: 608/256-0236

**COUNSEL FOR PLAINTIFF**